Argued March 15, affirmed March 15, 1971

# MARCEIL LAVERN SPITZNOGLE, *Respondent, v.* DEAN TRAVIS SPITZNOGLE, *Appellant.*

### 482 P2d 191

*Jerry G. Kleen,* Salem, argued the cause for appellant. With him on the brief were Kleen & Dye, Salem.

*Marvin J. Weiser,* Dallas, argued the cause for respondent. With him on the brief were Hayter, Shetterly, Noble & Weiser, Dallas.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

MEMORANDUM DECISION.